■ In the Matter of Nora Karin, Appellant, v Board of Education of Central School District No. 1 of the Towns of New Hartford, Kirkland, and Paris, Respondent. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Matter of Karin v Board of Educ.* (56 AD2d 721). (Appeal from order of Oneida Supreme Court—vacate dismissal of art 78 proceeding.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.